UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

**CIVIL ACTION NO. 04-312-JBC**

**SAMUEL R. SMITH,** **PLAINTIFF,**

**V.** **O R D E R**

**JO ANNE BARNHART, COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION,** **DEFENDANT.**

\* \* \* \* \* \* \* \* \* \*

This matter is before the court upon the Report and Recommendation of United States Magistrate Judge James B. Todd (DE 13).  No objections have been filed to the Report and Recommendation.

This court may give deference to a magistrate judge's factual and legal conclusions when neither party objects to the magistrate judge's conclusions. *Thomas v. Arn*, 474 U.S. 140 (1985).  After a review of the record, the court concurs in the result recommended by the magistrate judge.  Accordingly,

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED** as the opinion of the court and the plaintiff's motion for summary judgment (DE 10) is **DENIED WITHOUT PREJUDICE** and the defendant's motion for summary judgment (DE 11) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the denial of plaintiff's claim for disability benefits is **REVERSED** and that this matter is **REMANDED** to the Commissioner in order to permit the plaintiff to submit an evaluation by a neurosurgeon for the Commissioner's further consideration of this matter.

Signed on June 10, 2005

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY